IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID ANTHONY PRICE,

    Plaintiff,

v.                                                      CASE NO. 1:07-cv-00142-MP-AK

JAMES R MCDONOUGH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's Complaint be dismissed. The Plaintiff objected, doc. 8 and supplemented his objection in doc. 9. The Plaintiff admits that he was convicted by a jury of murdering his wife, but claims that the Court did not fill out the documentation of his conviction properly. However, all of the documents the Plaintiff attaches to his Complaint, which become part of the Complaint for motion to dismiss purposes reveal that the conviction was presumptively valid. Accordingly, the Court agrees with the Magistrate Judge that the Complaint should be dismissed. It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *13th* day of August, 2008



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge