IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID ANTHONY PRICE,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00142-MP-AK

JAMES R MCDONOUGH,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 12, Motion for Reconsideration of the Order adopting the Report and Recommendation and dismissing this case. The Motion does not raise any argument which justifies revisiting the prior decision. Accordingly,

**ORDERED AND ADJUDGED:**

The motion to reconsider (doc. 12) is denied.

**DONE AND ORDERED** this *10th* day of September, 2008

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge